IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-21051
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUNICHI TAKAKUWA, also known as Kennedy Otobo,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-107-ALL
--------------------
September 15, 2000

Before DAVIS, JONES, and DeMOSS, Circuit Judges

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Junichi Takakuwa, also known as Kennedy Otobo, has moved for leave to withdraw and has filed a brief in accordance with <u>Anders v. California</u>, 386 U.S. 738 (1967).  Takakuwa was notified of counsel's motion and brief, and he has filed a reply together with motions to dismiss counsel, to void counsel's <u>Anders</u> brief, and to appoint new counsel.  Our independent review of the record, counsel's brief, and Takakuwa's reply shows that there are no non-frivolous issues for appeal.  Consequently, Takakuwa's

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motions to dismiss counsel, to void counsel's <u>Anders</u> brief, and to appoint new counsel are DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5th Cir. R. 42.2.